NUMBER 13-00-009-CV

COURT OF APPEALS

THIRTEENTH DISTRICT OF TEXAS

CORPUS CHRISTI

___________________________________________________________________ 


JOHN M. STEVENSON , Appellant, 



v.

 

HOLLI A. PRETTI , Appellee. 

___________________________________________________________________ 


On appeal from the 125th District Court 

of Harris County, Texas

___________________________________________________________________ 



O P I N I O N

Before Justices Dorsey, Rodriguez, and Castillo

Opinion Per Curiam



 Appellant, JOHN M. STEVENSON , attempted to perfect an appeal from a judgment entered by the 125th District Court
of Harris County, Texas, in cause number 97-62159 . Judgment in this cause was signed on October 13, 1999 . No timely
motion for new trial was filed. Pursuant to Tex. R. App. P. 26.1, appellant's notice of appeal was due on November 12,
1999 , but was not filed until November 17, 1999 . 

 Notice of this defect was given so that steps could be taken to correct the defect, if it could be done. Appellant was
advised that, if the defect was not corrected within ten days from the date of receipt of this Court's letter, the appeal would
be dismissed. To date, no response has been received from appellant. 

 The Court, having examined and fully considered the documents on file, appellant's failure to timely perfect his appeal,
and appellant's failure to respond to this Court's notice, is of the opinion that the appeal should be dismissed for want of
jurisdiction. The appeal is hereby DISMISSED FOR WANT OF JURISDICTION. 

PER CURIAM 



Do not publish. 

Tex. R. App. P. 47.3. 

Opinion delivered and filed this 

the 22nd day of February, 2001 .